ALEXANDER B. TRUEBLOOD (Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone:  (310) 943-0298
Facsimile: (310) 943-2255

Attorneys for Plaintiff
LAURA BALLEGEER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BALLEGEER,<br><br>Plaintiff,<br><br>vs.<br><br>MOTION REPOSSESSORS, INC., WELLS FARGO BANK, N.A., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-07707-JAK-GJS<br><br>**REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION TO DISMISS OF DEFENDANT WELLS FARGO BANK, N.A.**<br><br>Date: March 21, 2015<br>Time: 8:30 a.m.<br>Courtroom;  750<br><br>Hon. John A. Kronstadt |

Plaintiff Laura Ballegeer hereby requests that the Court take judicial notice of the following documents, from the file of <u>Estate of Ronald James Ballegeer</u>, Los Angeles Superior Court Case No. BP 162562.

1. July 22, 2015 Letters of Administration.

2. Order Authorizing Independent Administration of Estate With Full Authority, dated July 22, 2015.

Dated: December 21, 2015

Respectfully Submitted,

TRUEBLOOD LAW FIRM

By:    /s/_____
      Alexander B. Trueblood

Attorneys for Plaintiff
LAURA BALLEGEER

1

**EXHIBIT 1**

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Adam Wayne Pollock (SBN 286489)<br>5743 Corsa Ave., Ste. 213<br>Westlake Village, CA 91362<br>adam@pollocklawfirm.com | 818-991-7760<br>818-991-7708 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 2 2 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _____, Deputy<br>Efrain Alvarez |
| ATTORNEY FOR *(Name):* Laura Ballegeer | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Central

ESTATE OF *(Name):*

Ronald James Ballegeer

DECEDENT

**LETTERS**

[ ] TESTAMENTARY    [✓] OF ADMINISTRATION
[ ] OF ADMINISTRATION WITH WILL ANNEXED    [ ] SPECIAL ADMINISTRATION

CASE NUMBER: BP162562

**LETTERS**

1. [ ] The last will of the decedent named above having been proved, the court appoints *(name):*
   a. [ ] executor.
   b. [ ] administrator with will annexed.
2. [✓] The court appoints *(name):*
   Laura Ballegeer
   a. [✓] administrator of the decedent's estate.
   b. [ ] special administrator of decedent's estate
      (1) [ ] with the special powers specified in the Order for Probate.
      (2) [ ] with the powers of a general administrator.
      (3) [ ] letters will expire on *(date):*
3. [✓] The personal representative is authorized to administer the estate under the Independent Administration of Estates Act    [✓] **with full authority**
   [ ] **with limited authority** (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
4. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)  Date: JUL 2 2 2015
Clerk, by
SHERRI R. CARTER
(DEPUTY) Alvarez

**AFFIRMATION**

1. [ ] PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).
2. [✓] INDIVIDUAL: **I solemnly affirm** that I will perform the duties of personal representative according to law.
3. [ ] INSTITUTIONAL FIDUCIARY *(name):*

   **I solemnly affirm** that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   *(Name and title):*

4. Executed on *(date):* July 22. 2015
   at *(place):* Los Angeles County, California.

   _____
   (SIGNATURE)

**CERTIFICATION**

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)  Date: JUL 2 2 2015
Clerk, by
SHERRI R. CARTER
(DEPUTY) E. Alvarez

Form Approved by the
Judicial Council of California
DE-150 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

**LETTERS**
(Probate)

Probate Code, §§ 1001, 8403,
8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

**EXHIBIT 2**

DE-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Adam Wayne Pollock (SBN 286489)<br>5743 Corsa Ave., Ste. 213<br>Westlake Village, CA 91362<br>adam@pollocklawfirm.com<br>ATTORNEY FOR (Name): Laura Ballegeer | 818-991-7760<br>818-991-7708 | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 22 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Leticia Gomez, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Central-Probate

ESTATE OF (Name): Ronald James Ballegeer, DECEDENT

**ORDER FOR PROBATE**

**ORDER APPOINTING**
[ ] Executor
[ ] Administrator with Will Annexed
[✓] Administrator    [ ] Special Administrator
[✓] Order Authorizing Independent Administration of Estate
[✓] with full authority    [ ] with limited authority

CASE NUMBER: BP162562

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: 7/22/2015    Time: 8:30 a.m.    Dept./Room: 9    Judge: Hon. Clifford L. Klein

**THE COURT FINDS**
2. a. All notices required by law have been given.
   b. Decedent died on (date): 2/18/15
      (1) [✓] a resident of the California county named above.
      (2) [ ] a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) [✓] intestate
      (2) [ ] testate
      and decedent's will dated:                    and each codicil dated:
      was admitted to probate by Minute Order on (date):

**THE COURT ORDERS**
3. (Name): Laura Ballegeer
   is appointed personal representative:
   a. [ ] executor of the decedent's will           d. [ ] special administrator
   b. [ ] administrator with will annexed              (1) [ ] with general powers
   c. [✓] administrator                                (2) [ ] with special powers as specified in Attachment 3d(2)
                                                       (3) [ ] without notice of hearing
                                                       (4) [ ] letters will expire on (date):
   and letters shall issue on qualification.
4. a. [✓] **Full authority** is granted to administer the estate under the Independent Administration of Estates Act.
   b. [ ] **Limited authority** is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
5. a. [✓] Bond is not required.
   b. [ ] Bond is fixed at: $                      to be furnished by an authorized surety company or as otherwise provided by law.
   c. [ ] Deposits of: $                           are ordered to be placed in a blocked account at (specify institution and location):
          and receipts shall be filed. No withdrawals shall be made without a court order. [ ] Additional orders in Attachment 5c.
   d. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.
6. [✓] (Name): ~~~~~~~~~~~~~~~ is appointed probate referee.

Date: 7-22-15

**CLIFFORD L. KLEIN**
JUDGE OF THE SUPERIOR COURT
[ ] SIGNATURE FOLLOWS LAST ATTACHMENT

7. Number of pages attached: _____

Form Approved by the
Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

ORDER FOR PROBATE

Probate Code, §§ 8006, 8400