Stephanie Berman Schneider, Esq. - SBN 168519
Howard Smith, Esq. - SBN 166571
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Boulevard, Suite 600
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011

Attorneys for Defendant,
MOTION RESPOSSESSORS, INC.

# UNITED STATES DISTRICT COURT FOR
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BALLEGEER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOTION RESPOSSESSORS, INC.<br>WELLS FARGO BANK, N.A. and<br>DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | CASE NO. 15-CV-7707- JAK-GJS<br>(Complaint Filed: 10/01/15)<br><br>**DISCLOSURE OF DEFENDANT MOTION RESPOSSESSORS, INC. OF RELATIONSHIP WITH MAGISTRATE JUDGE GAIL J. STANDISH**<br><br>Assigned to: Judge John A. Kronstadt<br>Referred to: Magistrate Judge Gail J. Standish |

This action has been assigned to the Honorable John A. Kronstadt, with the Honorable Gail J. Standish serving as the assigned Magistrate Judge. On February 29, 2016, a Scheduling Conference was held in this action, at which time Judge Kronstadt referred the parties to attend a Settlement Conference before Judge Standish. At this time, counsel for Defendant MOTION REPOSESSERS – Howard Smith, Esq. of BERMAN BERMAN BERMAN SCHNEIDER & LOWARY, LLP - advised the Court that his wife Victoria Levin had a personal relationship with Judge Standish.

/ / /
/ / /
/ / /
/ / /

1  Judge Kronstadt required Mr. Smith to provide Judge Standish with notice of his
2  participation in this action so that she could make the determination as to whether she needed
3  to recuse herself.

DATED: February 29, 2016

BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP

By: /s/
STEPHANIE BERMAN SCHNEIDER
HOWARD SMITH
Attorneys for Defendant,
MOTION RESPOSSESSORS, INC.