## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV15-07707 JAK (GJSx) | Date | February 29, 2016 |
|---|---|---|---|
| Title | Laura Ballegeer v. Motion Repossessors, Inc., et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Brando A. Block | Howard Smith |
| | Judith M. Sasaki |

**Proceedings:**      **DEFENDANT'S MOTION TO DISMISS (DKT. 17)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Defendant's Motion to Dismiss ("Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' February 19, 2016 joint report and sets the following deadlines:

| | |
|---|---|
| March 31, 2016: | Last day to amend or add parties |
| June 10, 2016: | Last day to participate in a settlement conference/mediation |
| June 17, 2016: | Last day to file notice of settlement or joint report re status of settlement |
| June 27, 2016 at 1:30 p.m.: | Post Mediation Status Conference |
| September 15, 2016: | Non-Expert Discovery Cut-Off |
| Not Set: | Initial Expert Disclosures |
| Not Set: | Rebuttal Expert Disclosures |
| Not Set: | Expert Discovery Cut-Off |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV15-07707 JAK (GJSx) | Date | February 29, 2016 |
|---|---|---|---|
| Title | Laura Ballegeer v. Motion Repossessors, Inc., et al. | | |

| September 19, 2016: | Last day to file motions *(including discovery motions)* |
|---|---|
| December 12, 2016: | Last day to hear motions *(including discovery motions)* |
| January 9, 2017: | Anticipated ruling to be issued on all motions |
| January 17, 2017: | Last day to file all pretrial documents |
| January 30, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits and Hearing on Motions in Limine |
| February 14, 2017 at 9:00 a.m.: | Jury Trial (est. tbd days) |

The Court does not estimate the trial at 4 days but will confer further with counsel at the time of the Final Pretrial Conference.

The Court grants the parties' request to participate in a settlement conference with Magistrate Judge Gail J. Standish; subject, however, to a declaration/notice to be filed by March 2, 2016 by defense counsel, Howard Smith, setting forth the nature of his wife's relationship with Judge Standish. The matter is referred to Judge Standish for her determination as to whether the relationship is such that it warrants a recusal.

If the case remains assigned to Judge Standish or is reassigned to a different Magistrate Judge, the parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference and shall comply with all orders issued by the Magistrate Judge with respect to the settlement conference process. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on June 27, 2016, if such notice is filed on or before June 17, 2016. If a notice of settlement is not filed, counsel shall file a joint report by June 17, 2016, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 14.

**IT IS SO ORDERED.**

cc: Judge Gail J. Standish

| | : | 30 |
|---|---|---|
| Initials of Preparer | ak | |